# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORMY COX,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF PORTERVILLE,<br><br>    Defendant. | Case No. 1:24-cv-00878-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING DEFENDANT AND READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: NOVEMBER 20, 2024**<br><br>(ECF No. 4) |

On July 31, 2024, Plaintiff commenced this action. (ECF No. 1.) A scheduling conference is currently set for December 5, 2024. (ECF No. 4.) However, Defendant City of Porterville has not appeared, and Plaintiff has not moved for entry of default.

Accordingly, IT IS HEREBY ORDERED that, **on or before November 20, 2024**, Plaintiff shall file a status report indicating whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for Defendant to appear in this action; or whether Plaintiff will be seeking default against Defendant prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **November 13, 2024**

                STANLEY A. BOONE
                United States Magistrate Judge