# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORMY COX,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY OF PORTERVILLE,<br><br>             Defendant. | Case No. 1:24-cv-00878-KES-SAB<br><br>ORDER DISCHARGING FEBRUARY 18, 2025 ORDER TO SHOW CAUSE<br><br>(ECF Nos. 13, 15) |

On February 18, 2025, an order issued requiring Defendant to show cause for its failure to appear at the February 18, 2025 mandatory scheduling conference. (ECF No. 13.) On February 19, 2025, counsel Van Longyear filed a declaration explaining that his failure to appear is due to a miscommunication and a bad assumption that co-counsel would appear. (ECF No. 15.) Mr. Longyear acknowledges these reasons do not excuse Defendant's failure to appear and apologizes to the Court and Plaintiff's counsel. The Court finds good cause to discharge the February 18, 2025 order to show cause.

Accordingly, the February 18, 2025 order to show cause (ECF No. 13) is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **February 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1