# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORMY COX,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF PORTERVILLE,<br><br>    Defendant. | Case No.  1:24-cv-00878-KES-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 17) |

On February 18, 2025, a scheduling order issued in this matter setting, in pertinent part, the deadline to file amended pleadings on May 19, 2025. (ECF No. 14.)

On May 15, 2025, a stipulation was filed requesting that the Court permit Plaintiff to file a first amended complaint fourteen days after the date of entry of this order to allow Plaintiff to name the individual City of Porterville Police Department Officers involved in this action as Defendants. (ECF No. 17.)  The proposed amended complaint is not attached to the stipulation.

The parties' stipulated fourteen day extension would make the amended pleading deadline May 30, 2025. Because the requested May 30, 2025 deadline to file a stipulation or motion to amend the pleadings occurs after the May 19, 2025 deadline provided in the scheduling order, the Court construes the parties' May 15, 2025 stipulation to file a first amended complaint as a stipulated motion to modify the scheduling order.  This is the parties' first request to modify the scheduling order.  The Court finds good cause exists to grant the

1  stipulated motion.

2      Because a motion or stipulation requesting leave to amend the pleadings is not currently
3  before the Court (see L.R. 137(c)), the Court declines, without prejudice, the parties' premature
4  request to afford Defendants an extension of time to file their responsive pleadings.

5      Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS
6  HEREBY ORDERED that the stipulated motion to modify the scheduling order (ECF No. 17) is
7  GRANTED. The scheduling order is thus modified as follows: Any motions or stipulations
8  requesting leave to amend the pleadings SHALL be filed **no later than May 30, 2025**.

10 IT IS SO ORDERED.

11 Dated: **May 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge