# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORMY COX,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF PORTERVILLE,<br><br>  Defendant. | Case No.  1:24-cv-00878-KES-SAB<br><br>ORDER RE JOINT STIPULATION TO FILE AMENDED COMPLAINT<br><br>(ECF No. 19)<br><br>**MAY 30, 2025 DEADLINE** |

Before the Court is the parties' stipulation to allow Plaintiff to amend the complaint. Upon review of the stipulation, and the attached amended complaint, the Court approves the stipulation and ORDERS that Plaintiff shall have through May 30, 2025, to file her amended complaint.[1]  (See ECF No. 18.)

IT IS SO ORDERED.

Dated:  **May 20, 2025**

  STANLEY A. BOONE
  United States Magistrate Judge

---

[1] Plaintiff previously requested that the Court allow her 14 days to file her amended complaint (ECF No. 17), giving then—and now—only minimal justification for that length of time as that she only recently discovered the identities of certain defendants.  (See also ECF No. 19.)  Without more good cause provided, the Court has determined to give Plaintiff 14 days to file her amended complaint from the date of her original request, which is also the deadline the Court modified in its previous order. (ECF No. 18.)

1