# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORMY COX, | Case No. 1:24-cv-00878-KES-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL |
| v. | |
| CITY OF PORTERVILLE, | (ECF No. 9) |
| Defendants. | |

On February 3, 2026, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 24.) In light of the stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation.

Accordingly, the Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **February 4, 2026**   _____

STANLEY A. BOONE
United States Magistrate Judge